## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

PAUL WALKER,                          )
                                      )
    Plaintiff,                    )
                                      )
        v.                    )    Case No: 1:13-cv-01742-ODE
                                      )
CLASSIC COLLISION OF                  )
CHAMBLEE, INC.                        )
                                      )
    Defendant.                    )
_____)

## STIPULATION OF DISMISSAL

It is hereby stipulated and agreed by and between the Plaintiff and the Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned civil action is hereby dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

*I certify that the originally executed document contains the signatures of all filers indicated herein and therefore represents consent for filing of this document.*

### *** SIGNATURES ON FOLLOWING PAGE ***

SO STIPULATED, this 24th day of November, 2014.

CONSTANGY, BROOKS & SMITH, LLP

/s/ _Kelli Hill_

WILLIAM M. CLIFTON, III
Georgia Bar No. 170176
KELLI P. HILL
Georgia Bar No. 001357

Counsel for Defendant

577 Mulberry Street, Suite 710
P.O. Box 1975
Macon, GA 31202-1975
(478) 750-8600
FAX (478) 750-8686

DELONG CALDWELL BRIDGERS
& FITZPATRICK, LLC

/s/ _Charles Bridgers_

MICHAEL A. CALDWELL
Georgia Bar No. 102775
CHARLES R. BRIDGERS
Georgia Bar No. 080791

Counsel for Plaintiff

3100 Centennial Tower
101 Marietta St.
Atlanta, GA 30303
(404) 979-3150
FAX (404) 979-3170
michaelcaldwell@dcbflegal.com
charlesbridgers@dcbflegal.com
woodydelong@dcbflegal.com

3099920.1